JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY REYES<br><br>       Plaintiff,<br><br>      vs.<br><br>XPO LOGISTICS, INC., a Delaware Corporation; XPO LOGISTICS FREIGHT, INC., a Delaware Corporation; GXO LOGISTICS, INC., a Delaware Corporation; GXO LOGISTICS SUPPLY CHAIN, INC., a North Carolina Corporation; and DOES 1 through 50 inclusive<br><br>      Defendant(s). | Case No.: 5:23-cv-00094-TJH-SHK<br><br>District Judge: Terry J. Hatter, Jr.<br><br>ORDER RE JOINT STIPULATION OF DISMISSAL OF CLASS CLAIMS WITHOUT PREJUDICE AND INDIVIDUAL CLAIMS WITH PREJUDICE [50]<br><br>Complaint Filed: October 17, 2022<br>Removal Date: January 8, 2023<br>Trial Date: Not set |

Plaintiff ANTHONY REYES and Defendant(s) GXO LOGISTICS SUPPLY CHAIN, INC (formerly known as XPO LOGISTICS SUPPLY CHAIN, INC.).  Together, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

///

1

**RDER**

Having considered the Parties' Joint Stipulation of Dismissal of Class Claims Without Prejudice and Individual Claims with Prejudice, and good cause appearing, IT IS HEREBY ORDERED that:

1.  All class claims are dismissed without prejudice; and

2.  All individual claims of Plaintiff Anthony Reyes are dismissed with prejudice;

3.  Each Party shall bear its own attorneys' fees, costs, and expenses; and

4.  The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: June 17, 2026

_____

Honorable Terry J. Hatter, Jr.

United States District Judge